UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALPHA SERVICES, LLC., et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2988** |
| **JESSICA LOOMAN, et al.** | **SECTION: "G"(2)** |

## ORDER

Considering the foregoing "Joint Motion for Schedule,"[1]

**IT IS HEREBY ORDERED** that the following deadlines are set:

| | |
|---|---|
| September 25, 2024 | Defendants produce the record to Plaintiffs. |
| October 23, 2024 | Plaintiffs' deadline to file motion for summary judgment. |
| November 20, 2024. | Defendant's deadline to file combined cross-motion for summary judgment and opposition to Plaintiff's motion. |
| December 18, 2024 | Plaintiffs' deadline to file combined opposition to Defendants' cross-motion and reply in support of Plaintiffs' motion. |
| January 15, 2025 | Defendants' deadline to file reply in support of Defendants' cross-motion. |
| January 29, 2025 | Parties file Joint Appendix. |

---

[1] Rec. Doc. 59.

**IT IS FURTHER ORDERED** that the parties are afforded 30 pages each for the two opening briefs and 15 pages each for the two reply briefs.

**NEW ORLEANS, LOUISIANA**, this  29th  day of August, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**