UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALPHA SERVICES, LLC., et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2988** |
| **JESSICA LOOMAN, et al.** | **SECTION: "G"(2)** |

### ORDER

Before the Court is the parties' "Joint Motion to Vacate Briefing Schedule."[1] Plaintiff brought this case seeking declaratory and injunctive relief regarding ongoing administrative proceedings before the United States Department of Labor ("DOL").[2] On August 29, 2024, the Court granted the parties' Motion for Briefing Schedule.[3] The parties now seek to vacate the briefing schedule, stating that the Administrator of DOL's Wage and Hour Division has filed a motion to amend the Notice of Determination, seeking to remove the requests for back wages and civil money penalties in the administrative proceedings.[4] Considering that the remedies sought may change, the parties contend that the subject matter of this litigation may change as well. The parties request that the briefing schedule be vacated pending the outcome of the pending motion to amend the Notice of Determination, and that the parties file joint status reports every thirty days.

Accordingly,

---

[1] Rec. Doc. 62.

[2] Rec. Doc. 1.

[3] Rec. Doc. 60.

[4] Rec. Doc. 62.

**IT IS HEREBY ORDERED** that the Joint Motion to Vacate Briefing Schedule is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file joint status reports every 30 days beginning from the date of this Order.

**NEW ORLEANS, LOUISIANA**, this 16th day of October, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**