**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALPHA SERVICES, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA LOOMAN, *et al.*,<br><br>Defendants. | Civil Action No. 2:23-cv-2988-NJB-DPC |

**STIPULATION OF DISMISSAL**

The parties stipulate to dismissal of this action with prejudice, with each party to bear their own costs.

The settlement agreement reached in this matter contemplated that a new lawsuit would be filed in the District of Idaho, followed by entry of a consent judgment in the Idaho case, and then dismissal of this action in Louisiana within seven days.

The new lawsuit was filed in the District of Idaho in April 2026, and the consent judgment was entered by the District of Idaho September 10, 2026. *Sonderling v. Alpha Services, LLC*, No. 2:26-cv-239, Consent Judgment and Permanent Injunction, ECF 9 (D. Idaho Sept. 10, 2026).

The consent judgment provided that, "Defendants [Alpha Services et al.] agree to file a stipulation of dismissal of the Complaint with prejudice on behalf of all parties in the action *Alpha Services LLC, et. al., v. Looman, et al.*, 2:23-cv-2988 (E.D. La.) within 7 days of this Court's entry of the Consent Judgment with each party to bear their own costs." *Id.* at 2.

Since an answer has already been filed in this case, a stipulation of dismissal requires the agreement of both parties. Fed. R. Civ. P. 41(a)(1)(A).

There is currently no counsel of record for the government in this case. The most recent counsel of record, Jason Altabet, informed the undersigned in May 2026 that he was leaving the Department of Justice. Thus, there is no counsel of record who may review and sign this stipulation on behalf of the government. However, the government agreed to this stipulation of dismissal in advance when it agreed to the consent judgment. Regardless, plaintiffs are under court order to file this stipulation of dismissal on behalf of all parties. Thus, this stipulation meets the requirements of Fed. R. Civ. P. 41(a)(1)(A).

Dated: September 17, 2026

Respectfully submitted,

*/s/ Mark Stevens*
Mark Stevens, VA86247
Clark Hill PLC
601 13th Street NW, Suite 600
Washington, DC 20005
Telephone: 202-552-2358
Facsimile: 202-552-2379
mstevens@clarkhill.com

Colleen C. Jarrott
Clark Hill PLC
Louisiana State Bar No. 30839
601 13th Street NW, Suite 600
Washington, DC 20005
Telephone: 202-640-6668
Facsimile: 202-742-8699
cjarrott@clarkhill.com

Wendel V. Hall, DC439344
Hall Law Office, PLLC
1150 18th Street, N.W., Suite 1030
Washington, DC 20036
Telephone: 202-951-8694
wendel@halllawoffice.net

Leon Sequeira, MO52403
11205 Highway 329
Prospect, KY 40059
Telephone: 202-255-9203

Facsimile: 202-464-5565
lsequeira@lrs-law.com

*Attorneys for Plaintiffs*

Certificate of Service

I certify that on this September 17, 2026 I served this Stipulation of Dismissal and any attached pages on counsel for defendants by first class mail to:

U.S. Department of Labor
Office of the Solicitor of Labor
200 Constitution Ave, N.W.
Washington, DC 20210

U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

*/s/ Mark Stevens*
Mark Stevens, VA86247
Clark Hill PLC
601 13th Street NW, Suite 600
Washington, DC 20005
Telephone: 202-552-2358
Facsimile: 202-552-2379
mstevens@clarkhill.com