**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALPHA SERVICES, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2988** |
| **JESSICA LOOMAN, ET AL.** | **SECTION: "G"(2)** |

**ORDER**

Considering Plaintiffs' "Stipulation of Dismissal,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All claims raised in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**NEW ORLEANS, LOUISIANA** this 17th day of September, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

[1] Rec. Doc. 97.